FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION<br>  CHIEF JUSTICE<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>IRENE RIOS<br>BETH WATKINS<br>LIZA A. RODRIGUEZ<br>  JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.TXCOURTS.GOV/4THCOA.ASPX | MICHAEL A. CRUZ,<br>CLERK OF COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

October 20, 2020

Shelly M. Doggett
Office of the Attorney General of
Texas
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

J. Bruce Bennett
Cardwell, Hart & Bennett, L.L.P.
807 Brazos, Suite 1001
Austin, TX 78701-2553
* DELIVERED VIA E-MAIL *

John Henderson Bennett
OSBORN, MARSLAND &
HARGROVE
515 Congress Ave., Suite 2450
Austin, TX 78701-3558
* DELIVERED VIA E-MAIL *

Jane  Webre
Scott Douglass & McConnico,
LLP
303 Colorado Street, Suite 2400
Austin, TX 78701-2589
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-20-00465-CV
          Trial Court Case Number:    M-18-0003-CV-A
          Style:  Ammonite Oil & Gas Corporation
                v.
          Railroad Commission of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
Michael A. Cruz,
Clerk of Court

Monica Rivera
Monica Rivera
Deputy Clerk, Ext. 53855

cc: Mattie Sadovsky (DELIVERED VIA E-MAIL)
Douglas J. Dashiell (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00465-CV

**AMMONITE OIL & GAS CORPORATION**,
Appellant

v.

**RAILROAD COMMISSION OF TEXAS**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

The trial court signed a final appealable order on June 22, 2020. Because the clerk's record does not contain a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due by July 22, 2020. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by August 6, 2020. *See* TEX. R. APP. P. 26.3.

Appellant filed its notice of appeal on September 17, 2020. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, we **ORDER** appellant to show cause why this appeal should not be dismissed for lack of jurisdiction **by October 30, 2020**. *See id*. If appellants fail to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All other appellate deadlines are suspended until further order of this court.

FILE COPY

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court